Joseph A. Andelin, Esq. (SBN 274105)
jandelin@fishiplaw.com
Fish IP Law, LLP
19900 MacArthur Blvd., Suite 810
Irvine, CA 92612
Attorney for Plaintiff, The Infinite Actuary, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| The Infinite Actuary, LLC, a Delaware Limited Liability Company, | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:25-cv-1715-SB-AGR |
| v. | |
| Salt Solutions, Inc., an Iowa corporation, d/b/a Coaching Actuaries, Inc. | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| 2025-07-22 | /s/Joseph A. Andelin |
|---|---|
| *Date* | *Signature of Attorney/Party* |

***NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***